IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD F. BOONE | : CIVIL ACTION |
| v. | : |
| SHARON HILL BOROUGH PD, et al. | : NO. 02-3726 |

**O R D E R**

AND NOW, this 26th day of June, 2002, the motion to proceed *in forma pauperis* of *pro se* plaintiff Richard F. Boone is granted.

**ALL PARTIES WHO ARE REPRESENTING THEMSELVES IN ACTIONS BEFORE JUDGE LUDWIG ARE DIRECTED TO COMPLY WITH THE FOLLOWING INSTRUCTIONS:**

1. All communications with Judge Ludwig or a law clerk shall be in writing unless the judge or law clerk specifically requests a communication by telephone or the communication occurs in open court.

2. If necessary, a party may telephone the administrative clerk - Courtroom Deputy - at (267) 299-7589 - to find out the time of a hearing or to obtain a court paper or to clarify the status of the case. No advice as to how to proceed can be given.

3. Copies of all written communications to Judge Ludwig or his office and of all papers filed with the Clerk of Court, including any attachments, shall be sent at the same time or given to all attorneys in the case and to any other unrepresented parties. A letter or other writing sent to Judge Ludwig or his office shall contain a statement of the names of

those to whom copies have been distributed - as, for example, in a "c.c." at the bottom. When papers are filed, a certificate of distribution of the copies must also be filed.

    4. The applicable Federal Rules of Civil Procedure and the Local Rules of this Court must be complied with and followed. Copies are available in law libraries including the library of the Court of Appeals located in this building.

    5. A wilful violation of this order may constitute contempt of court, for which monetary and other sanctions may be imposed. Under the law, harassment by telephone may result in criminal charges.

                                                    Edmund V. Ludwig, J.

Unrepresented parties are encouraged to obtain counsel. The Philadelphia Bar Association and other county bar associations provide volunteer lawyer services for those who lack the ability to pay, as well as lawyer referral services for those in moderate financial circumstances. There are also other volunteer lawyer organizations that specialize in certain areas. The Philadelphia Bar Association programs are listed below.

    **Philadelphia Bar Association**
    **One Reading Center, 11th Floor**
    **Philadelphia, PA 19107**

    **- VIP - free services for**
      **eligible clients**                **(215) 238-6300**

    **- Lawyer Referral and**
      **Information Service**         **(215) 238-1701**