IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD F. BOONE | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| SHARON HILL BOROUGH PD, et al. | : NO. 02-3726 |

**O R D E R**

AND NOW, this 28th day of June, 2002, the motion to proceed *in forma pauperis* of *pro se* plaintiff Richard F. Boone having been granted, the U.S. Marshal is directed to serve the summons and complaint upon defendants by July 29, 2002.

Edmund V. Ludwig, J.