UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Richard F. Boone** | : | **CIVIL ACTION #02-CV-3726** |
|     Plaintiff | | |
| | : | |
| vs. | : | **JURY TRIAL DEMANDED** |
| | | |
| **Sharon Hill Borough Police Department** | : | |
| **County of Delaware** | : | |
|     Defendants | | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURTS:**

    Kindly enter my appearance as counsel for Defendant, County of Delaware in the above-captioned matter.  A jury of twelve (12) is demanded.

                                            Respectfully Submitted,

                                            **HOLSTEN & ASSOCIATES**

                                **BY:** _____
                                            **ROBERT P. DIDOMENICIS, ESQUIRE**
                                            **Attorney for County of Delaware**

**Date:** _____