UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Richard F. Boone** | : | CIVIL ACTION #02-CV-3726 |
| Plaintiff | | |
| | : | |
| vs. | : | JURY TRIAL DEMANDED |
| | | |
| **Sharon Hill Borough Police Department** | : | |
| **County of Delaware** | : | |
| Defendants | | |

### NOTICE OF MOTION

**TO:**  Richard F. Boone, *Pro se*
136 Bartlett Avenue
Sharon Hill, PA 19079

You are hereby notified on this 30th day of August, 2002 that the attached **Motion to Dismiss** pursuant to Federal Rule of Civil Procedure 12(b)(6) is being filed with the Court. Pursuant to the Local Rules for the Eastern District of Pennsylvania 7.1(c), a Reply Memorandum must be filed within fourteen (14) days of August 30, 2002, the date when this Motion was filed. If no Reply Memorandum is filed as provided by the Rules, the Court shall proceed to disposition of the Motion without said Memorandum.

Respectfully Submitted,

**HOLSTEN & ASSOCIATES**

BY: _____
**ROBERT P. DIDOMENICIS, ESQUIRE**
**Attorney for County of Delaware**

**Date:** _____