UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Richard F. Boone** | : | CIVIL ACTION #02-CV-3726 |
|     Plaintiff | : | |
| **vs.** | : | **JURY TRIAL DEMANDED** |
| **Sharon Hill Borough Police Department** | : | |
| **County of Delaware** | : | |
|     Defendants | | |

## CERTIFICATE OF SERVICE

I, Robert P. DiDomenicis, Esquire, counsel for Defendant, County of Delaware, hereby states that a true and correct copy of Defendant, County of Delaware's Motion to Dismiss was this date served upon the following:

Richard F. Boone, *Pro se*
136 Bartlett Avenue
Sharon Hill, PA 19079

Sharon Hill Police Department
1110 Spring Street
Sharon Hill, PA 19079

Respectfully Submitted,

**HOLSTEN & ASSOCIATES**

BY: _____
**ROBERT P. DIDOMENICIS, ESQUIRE**
**Attorney for County of Delaware**

**Date:**_____