IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Richard F. Boone,** | : | Civil Action |
| **Plaintiff** | : | |
| | : | No. 02-3726 |
| vs. | : | |
| | : | |
| **Sharon Hill Borough PD; County of** | : | Jury Trial Demanded |
| **Delaware; Media, PA** | : | |
| **Defendants** | : | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE DISTRICT COURT:**

Kindly enter my appearance as counsel for Defendant, Sharon Hill Borough Police Department, only, regarding the above-captioned matter. A jury trial of twelve (12) members is demanded.

Respectfully submitted,

**HOLSTEN & ASSOCIATES**

**Dated:**_____    BY;  _____
**PAOLA TRIPODI KACZYNSKI, ESQUIRE**
**Attorney ID No. 59602**
**One Olive Street**
**Media, PA 19063**
**(610) 566-8800**

## CERTIFICATE OF SERVICE

**I, Paola Tripodi Kaczynski, Esquire**, counsel for Defendant Sharon Hill Borough Police Department, only, state that a true and correct copy of the Entry of Appearance, was served upon the following individuals via United States First Class Mail, this _____ day of _____, 2002:

>Richard F. Boone, *Pro Se*
>36 Bartlett Avenue
>Sharon Hill, PA  19079
>
>Robert P. DiDomenicis, Esquire
>Holsten & Associates
>One Olive Street
>Media, PA  19063
>Attorney for County of Delaware

Respectfully submitted,

**HOLSTEN & ASSOCIATES**

_____
**PAOLA TRIPODI KACZYNSKI, ESQUIRE**
**Attorney ID No. 59602**
**One Olive Street**
**Media, PA 19063**
**(610) 566-8800**
**Attorney for Sharon Hill Borough Police Department**