**CERTIFICATE OF SERVICE**

    **I, Paola Tripodi Kaczynski, Esquire**, counsel for Defendant Sharon Hill Borough Police Department, only, state that a true and correct copy of the Entry of Appearance, was served upon the following individuals via United States First Class Mail, this _____ day of _____, 2002:

    Richard F. Boone, *Pro Se*
    36 Bartlett Avenue
    Sharon Hill, PA  19079

    Robert P. DiDomenicis, Esquire
    Holsten & Associates
    One Olive Street
    Media, PA  19063
    Attorney for County of Delaware

    Respectfully submitted,

    **HOLSTEN & ASSOCIATES**

    _____
    **PAOLA TRIPODI KACZYNSKI, ESQUIRE**
    **Attorney ID No. 59602**
    **One Olive Street**
    **Media, PA 19063**
    **(610) 566-8800**
    **Attorney for Sharon Hill Borough Police Department**