IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD F. BOONE | : | CIVIL ACTION |
| vs. | : | NO. 02-3726 |
| SHARON HILL BOROUGH PD<br>COUNTY OF DELAWARE<br>MEDIA, PA | : | |

**O R D E R**

BEFORE THE HONORABLE EDMUND V. LUDWIG

AND NOW, this 16th day of December, 2002,

A review of the docket discloses that service of the Complaint in the above-captioned matter has not been made, it is therefore

**O R D E R E D**

that the matter is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, as to the following defendant(s):   MEDIA, PA

If, within ten (10) days, good cause can be shown why service was not made within one hundred and twenty (120) days of the date of the filing of the Complaint, the dismissal will be vacated.

BY THE COURT:

_____
Edmund V. Ludwig,        J.