IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD F. BOONE | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| SHARON HILL BOROUGH PD, et al. | : NO. 02-3726 |

## **ORDER**

AND NOW, this    day of January, 2003, the request of plaintiff to reinstate action and for an extension of time to prepare standard materials is denied. [1]

                                                     Edmund   V.   Ludwig,   J.

---

[1] On November 14, 2002, plaintiff's *pro se* claim for false imprisonment and unlawful arrest, 42 U.S.C. § 1983, was dismissed and the state tort of intentional infliction of emotional distress was dismissed without prejudice to filing in state court. Any complaint or other further pleadings against defendants Sharon Hill Borough Police Department or the County of Delaware on the false imprisonment claim must be filed in state court.
      On December 17, 2002, any action against defendant Media, Pennsylvania only was dismissed pursuant to Fed. R. Civ. P. 4(m) and plaintiff was allowed 10 days to show cause why timely service was not made and the matter should be reinstated. Plaintiff filed the request for an extension of time on January 3, 2002. The request is untimely. This order does not prejudice plaintiff's filing of the false imprisonment claim in state court.